FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0340

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0340

_____

FILED

NOV 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA, ex rel.,
TIMOTHY C. FOX,

      Plaintiff and Appellee,

    v.

PHILIP MORRIS, INC., et al.,

      Defendants and Appellants.

              O R D E R

_____

      R.J. Reynolds Tobacco Company, Philip Morris USA Inc., and other tobacco manufacturers, collectively Appellants, appealed the First Judicial District Court's June 25, 2020 final judgment in Cause No. BDV-1997-306. After a successful appellate mediation, the parties reached a settlement in principle and now stipulate to the entry of an order remanding the case to the District Court for the parties to submit the terms of that settlement for entry of a Consent Decree. Appellants have agreed to the voluntary dismissal of the remainder of this appeal with prejudice.

      Pursuant to the stipulation of the parties, and for good cause shown,

      IT IS ORDERED that this matter is REMANDED to the First Judicial District Court, Lewis and Clark County, for entry of a Consent Decree.

      IT IS FURTHER ORDERED that the appeal is DISMISSED with prejudice.

      The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Mike McMahon, presiding District Court Judge.

      DATED this 23rd day of November, 2020.

_____

_____

_____

_____

_____
Justices